SENTENCES RELATIVE TO THE GUIDELINE RANGE (OPTION 1: THREE CATEGORIES)[1]

Circuits: 1st Circuit    Fiscal Years: 2006-2017    Primary Sentencing Guideline: §2B1.1





Within Range/Government Sponsored 73.1%

Above Range 1.9%

Non-Government Below Range 24.9%

[1] Cases missing information about sentences relative to the guideline range were excluded from this figure. Descriptions of variables used in this figure are provided in Appendix A.

SOURCE: This was produced using the U.S. Sentencing Commission's Interactive Sourcebook (https://isb.ussc.gov) using the Commission's fiscal year 2006-2017 Datafiles, USSCFY2006-USSCFY2017.